**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST LOUIS DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 7 |
| TED T. HORN JANA L. HORN, | NO. 07-31195 JUDGE: Meyers, |
| DEBTORS | |

TO:   ROBERT E EGGMANN, P.O. Box 24387, Belleville, IL 62223
       William A. Mueller, Mueller Associates, 5312 W. Main, Belleville, IL 62226
       Ted T. Horn, 1001 Winslow Road, Belleville, IL 62223
       Jana L. Horn, 1001 Winslow Road, Belleville, IL 62223
       U.S. Trustee, 1100 Becker Building, 401 Main Street, Peoria, IL 61602

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABANDONMENT**

        The above named persons shall take notice that a Motion for Relief from the Automatic Stay and for Abandonment in the above captioned bankruptcy has been filed on behalf of Wilshire Credit Corporation, and pursuant to Local Rules 401(E)(1) and 401(G) should note the following:

1.      Unless otherwise ordered by the Court, responsive pleadings and objections to said motion shall be served and filed on or before August 7, 2007.

2.      Unless an objection to said motion is timely filed or unless the Court directs otherwise, an order allowing the motion may be entered without a hearing.

3.      In the event an objection is filed, a preliminary hearing will be held at the United States Bankruptcy Court, 750 Missouri Ave, East St Louis, IL 62201, on August 15, 2007 at 9:00 a.m.

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be sent to the Debtors at the address listed below. Said copy was placed in an envelope addressed as listed below and placed in the U.S. Mail on July 23, 2007, with first class postage prepaid. All other parties entitled to notice received such notice electronically, through the office of the Clerk of the Court.

Respectfully Submitted,

/s/ Josephine J. Miceli
Josephine J. Miceli

ROBERT E EGGMANN, P.O. Box 24387, Belleville, IL 62223
William A. Mueller, Mueller Associates, 5312 W. Main, Belleville, IL 62226
Ted T. Horn, 1001 Winslow Road, Belleville, IL 62223
Jana L. Horn, 1001 Winslow Road, Belleville, IL 62223
U.S. Trustee, 1100 Becker Building, 401 Main Street, Peoria, IL 61602

Richard B. Aronow ARDC# 03123969
Josephine J. Miceli ARDC# 06243494
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant
07-5292P

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**