# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 7 |
| Ted T. Horn and Jana L. Horn | |
| Debtor(s) | BK 07–31195 |
| Wilshire Credit Corporation | |
| Movant(s), vs. | |
| Ted T Horn, Jana L Horn, Debtors and Robert E Eggmann, Trustee | |
| Defendant(s). | |

## ORDER LIFTING AUTOMATIC STAY AND ABANDONMENT OF PROPERTY

This matter is before the Court on a motion for relief from automatic stay and abandonment of property filed on 7/23/2007 ; it appearing to the Court

☑ that the debtor has not filed an objection and/or has consented to the motion;

☑ that the Trustee has not filed an objection and/or has consented to the motion;

☐ other:

**IT IS ORDERED** that the automatic stay with respect to the property described in the motion is lifted. The provision in Bankruptcy Rule 4001 (a) (3) staying for ten days an order granting a motion for relief from stay is hereby waived.

**IT IS FURTHER ORDERED** that said property is deemed abandoned from the bankruptcy estate.

ENTERED: August 8, 2007         /s/ Kenneth J. Meyers
                                UNITED STATES BANKRUPTCY JUDGE